AO 450 (Rev 5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

| | |
|---|---|
| Richard and Gwen Dutcher, Richard and Michelle Ferguson and Catherine Richard Ahlers | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Stuart T. Matheson, Matheson, Mortensen, Olsen & Jeppson, P.C., Recontrust Co. N.A., BAC Home Loans Servicing LP and Bank of America, N.A. | Case Number: 2:11 cv 666 TS |

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendants and plaintiffs' cause of action is dismissed with prejudice.

February 22, 2012            D. Mark Jones
Date                                 Clerk of Court

                                     (By) Deputy Clerk