AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT

2014 MAY -7  2: 56

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

Richard Dutcher et al

v.

Stuart T. Matheson, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11 cv 666 TS

IT IS ORDERED AND ADJUDGED

that pursuant to the mandate of the Tenth Circuit Court of Appeals filed in the district court on
September 4, 2013, the court finds that it has jurisdiction over this matter under the Class
Action Fairness Act.

May 7, 2014
_____
*Date*

D. Mark Jones
_____
*Clerk of Court*

_____
*(By) Deputy Clerk*